## PRUITT v. STATE.
### No. 21142.

Court of Criminal Appeals of Texas.
June 12, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed being two years in the penitentiary.

We observe no defect in the indictment. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.